IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

_____
                                       *
**GORDANA SCHIFANELLI,**                *
                                       *
    **Plaintiff,**                        *
                                       *   **CIVIL ACTION NO:  1:10cv00314 (BEL)**
**v.**                                 *
                                       *
**WELLS FARGO ADVISORS LLC,**           *
                                       *
    **Defendant.**                        *
_____

## DISCLOSURE OF CORPORATE INTEREST

    Plaintiff Gordana Schifanelli has no corporate interest to be disclosed.

                        Respectfully Submitted,

                        PLAINTIFF GORDANA SCHIFANELLI

                        By: _____/s/_____
                        Ruth Ann Azeredo (MD 16175)
                        Law Office of Ruth Ann Azeredo, LLC
                        1997 Annapolis Exchange Parkway
                        Suite 300
                        Annapolis, Maryland 21401
                        Tel. 410-729-0190
                        Fax. 301-805-4762
                        E-mail: ruthazeredo@comcast.net