IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **Gordana Schifanelli** <br><br> **Plaintiff** <br><br> v. <br><br> **Wells Fargo Advisors, LLC** <br><br> **Defendant** | ) ) ) ) ) ) Civil Case No.: 10-cv-00314 ELH/SKG ) ) ) ) ) ) ) ) |

## ORDER

The Parties' Stipulation of Dismissal having come before this Court and considered, it is this ____ day of _____, 2012,

**HEREBY ORDERED,** that the case is dismissed with prejudice with each Party to pay its own fees and costs.

_____
Hon. Ellen L. Hollander